# Exhibit B

EXHIBIT B -- ORIGINAL COMPLAINT AGAINST BLAVESCO LTD.

| | November Rent Collected by Blavesco | December Rent Collected by Blavesco | January Rent Collected by Blavesco | Gross total rent for each debtor | Management fee (5% or $100) | Net owed to each Debtor |
|---|---|---|---|---|---|---|
| APRF SP1-1, LLC | 14,111.00 | 13,215.19 | 13,205.16 | 40,531.35 | 2,026.57 | 38,504.78 |
| Arica Lane, LLC | 10,272.50 | 11,552.50 | 8,999.50 | 30,824.50 | 1,541.23 | 29,283.28 |
| Austin Road Partners, LLC | 20,380.00 | 18,636.70 | 16,935.00 | 55,951.70 | 2,797.59 | 53,154.12 |
| Hazelwood Brownstone, LLC | 10,531.08 | 10,531.08 | 10,531.08 | 31,593.24 | 300.00 | 31,293.24 |
| Hazelwood Management Services, LLC | 8,357.00 | 8,976.77 | 5,827.36 | 23,161.13 | 1,158.06 | 22,003.07 |
| Reims Holdings, LLC | 4,015.33 | 4,053.82 | 3,801.00 | 11,870.15 | 593.51 | 11,276.64 |
| Staunton Street Partners, LLC | 35,824.02 | 40,800.54 | 24,464.50 | 101,089.06 | 5,054.45 | 96,034.61 |
| Total Management Fee | | | | | 13,471.39 | |
| Gross Rents | | | | 295,021.13 | | |
| Net Rents Owed to Debtors | | | | | | 281,549.74 |

| | November Rent Collected by Blavesco | Alleged charges by Blavesco for November | December Rent Collected by Blavesco (per IS) | Alleged charges by Blavesco for November | January Rent Collected by Blavesco (per IS) | Alleged charges by Blavesco for January | Net owed to each Debtor |
|---|---|---|---|---|---|---|---|
| APRF SP1-1, LLC | 14,111.00 | (16,308.06) | 13,215.19 | (8,173.70) | 13,205.16 | (1,360.59) | 14,689.00 |
| Arica Lane, LLC | 10,272.50 | (9,234.96) | 11,552.50 | (10,888.30) | 8,999.50 | (1,595.24) | 9,106.00 |
| Austin Road Partners, LLC | 20,380.00 | (6,818.94) | 18,636.70 | (5,194.97) | 16,935.00 | (3,353.92) | 40,583.87 |
| Hazelwood Brownstone, LLC | 10,531.08 | (1,830.00) | 10,531.08 | (100.00) | 10,531.08 | (1,824.62) | 27,838.62 |
| Hazelwood Management Services, LLC | 8,357.00 | (6,972.60) | 8,976.77 | (5,447.83) | 5,827.36 | (1,639.82) | 9,100.88 |
| Reims Holdings, LLC | 4,015.33 | (4,736.34) | 4,053.82 | (1,995.53) | 3,801.00 | (260.05) | 4,878.23 |
| Staunton Street Partners, LLC | 35,824.02 | (10,582.18) | 40,800.54 | (15,170.04) | 24,464.50 | (18,378.44) | 56,958.40 |
| Gross Rents | 103,490.93 | | 107,766.60 | | 83,763.60 | | |
| Blavesco Disputed Montly Charges | | (56,483.08) | | (46,970.37) | | (28,412.68) | |
| Net Total Rents Owed to Debtors | | | | | | | 163,155.00 |